IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID MATTHEW APPLEBY SR,

    Petitioner,

v.

WISCONSIN RESOURCE CENTER,

    Respondent.

ORDER

08-cv-627-slc

Petitioner David Appleby, a patient at the Wisconsin Resource Center, has filed a proposed complaint under 42 U.S.C. § 1983 alleging violations of his constitutional rights. In addition, he has submitted a petition and affidavit for leave to proceed *in forma pauperis*.

This court uses one method for determining the indigent status of all institutionalized persons, even those like petitioner who are not subject to the 1996 Prison Litigation Reform Act. See Longbehn v. United States, 169 F.3d 1082 (7th Cir. 1999). From a six-month resident account statement covering the full six-month period immediately preceding the filing of the petitioner's complaint, the court calculates two amounts, 20% of the petitioner's average monthly income and 20% the petitioner's average monthly balance. Whichever amount is greater is the amount the petitioner will have to prepay toward the $350 filing fee. He will qualify for indigent status with respect to the remainder of the fee. (The *in forma pauperis* statute does not permit a court to waive entirely a petitioner's obligation to pay filing fees. All it does

1

Copy of this document has been provided to: [handwritten]
this ___ day of OCT, 20__
by [signature]
M. Hardin, Secretary to
Judge John C. Shabaz

is allow a court to grant qualifying individuals leave to proceed without *prepaying* some or all of the filing fee.) Petitioner has not provided a resident account statement in support of his request for leave to proceed *in forma pauperis*. He will have to do so if he intends to pursue his request. Because petitioner's complaint was submitted on September 23, 2008, his resident account statement should cover the period beginning approximately March 24, 2008 and ending approximately September 22, 2008. If petitioner fails to submit the required statement within the deadline set below, I will assume he does not wish to proceed with this action and this case will be closed.

ORDER

IT IS ORDERED that petitioner may have until November 14, 2008, in which to submit a certified copy of his resident account statement beginning approximately March 24, 2008 and ending approximately September 22, 2008. If, by November 14, 2008, petitioner fails to submit the required statement or show cause of his failure to do so, I will assume that he wishes to withdraw this action voluntarily and, in that case, the clerk of court is directed to close this file

without prejudice to petitioner's filing his case at a later date.

Entered this ___27TH___ day of October, 2008.

BY THE COURT:

_____
STEPHEN L. CROCKER
Magistrate Judge

3