# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| DAVID MATTHEW APPLEBY, SR., | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | Case No.: 08-cv-627-slc |
| v. | |
| WISCONSIN RESOURCE CENTER, | |
| Respondent. | |

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

This case is dismissed against respondent.

PETER OPPENEER
_____
**Peter Oppeneer, Clerk**

/s/ M. Hardin
_____                   _____12/24/08_____
**by Deputy Clerk**                                                                                       Date